Gladys Mary Reardon, appellee, v. Austin John Reardon, appellant. Gen. No. 33,335.

Opinion filed May 31, 1929. Rehearing denied June 11, 1929.

William J. Grace, for appellant. Mason S. Sullivan and Andrew Donovan, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

William C. Hartray, administrator of the estate of Ralph Optie, deceased, appellee, v. Bowman Dairy Company, appellant. Gen. No. 33,344.

Opinion filed May 31, 1929.

Montgomery, Hart & Smith, for appellant. C. Helmer Johnson, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Martin Howe, appellee, v. George W. Griffen, appellant. Gen. No. 33,365.

Opinion filed May 31, 1929.

Davis & Napier, by W. C. Napier, for appellant. No appearance for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

Northern Trust Company, complainant, v. A. A. Allen (defendant), appellee. Sam Lichtenstein (defendant), appellant. Gen. No. 33,091.

Opinion filed May 31, 1929. Rehearing denied June 11, 1929.

Morris Sider and Morris K. Levinson, for appellant. Carl F. Lund, for appellee.

Mr. Justice Barnes delivered the opinion of the court.